UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENNADY IVANOVICH PUSHKO
and BRJANSKGIPLES L.L.C.,
a Russian Corporation,

      Plaintiffs,

v.                                                CASE NO. 3:05-cv-211-J-25HTS

SAMUEL KLEBENER, individually
and in his capacity as Director,
President and Secretary of
DOUBLE SAMS U.S.A., INC.;
DOUBLE SAMS U.S.A., INC., a
Florida corporation; DOUBLE SAM,
INC., a Florida corporation; MARIYA
GOFMAN, a Florida resident; SEMYON
SHTEYN, a Florida resident; and
GALINA VOLKOVINSKAYA-SHTEYN, a
Florida resident,

      Defendants.

**O R D E R**

On July 13, 2005, the Court took under advisement the Unopposed Motion to Withdraw as Plaintiffs' Counsel of Record (Doc. #34; Motion), filed on July 11, 2005, as to counsel's representation of Plaintiff Brjanskgiples, L.L.C., "pending the filing of a notice of appearance of substitute counsel within thirty (30) days[.]" Order (Doc. #35) at 2. Despite being warned that "[f]ailure to file timely notice of new counsel may result in

a recommendation that the case be dismissed as to that Plaintiff[,]" *id.*, Plaintiff has filed no such notice. In delaying its ruling on the Motion, the Court has avoided losing its means of communicating with Brjanskgiples, L.L.C., an entity that can appear or be heard only through counsel. *See* Order at 1. However, an attorney should not be forced into indefinite representation of a commercial plaintiff that has delayed in obtaining substitute counsel.

Accordingly, Plaintiff Brjanskgiples, L.L.C., is directed to **SHOW CAUSE** within eleven (11) days from the date of this Order why it should not be recommended its claims be dismissed for failure to obtain new counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of August, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any