**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GENNADY IVANOVICH PUSHKO
and BRJANSKGIPLES L.L.C.,
a Russian Corporation,

        Plaintiffs,

v.                                                              CASE NO. 3:05-cv-211-J-25HTS

SAMUEL KLEBENER, individually
and in his capacity as Director,
President and Secretary of
DOUBLE SAMS U.S.A., INC.;
DOUBLE SAMS U.S.A., INC., a
Florida corporation; DOUBLE SAM,
INC., a Florida corporation; MARIYA
GOFMAN, a Florida resident; SEMYON
SHTEYN, a Florida resident; and
GALINA VOLKOVINSKAYA-SHTEYN, a
Florida resident,

        Defendants.

_____

## O R D E R

This cause is before the Court on Plaintiff Brjanskgiples L.L.C.'s Response to Order to Show Cause (Doc. #41; Response). On July 13, 2005, the Court took under advisement the Unopposed Motion to Withdraw as Plaintiffs' Counsel of Record (Doc. #34; Motion) as to counsel's representation of Plaintiff Brjanskgiples, L.L.C., "pending the filing of a notice of appearance of substitute counsel within thirty (30) days[.]" Order (Doc. #35) at 2. Despite being

warned that "[f]ailure to file timely notice of new counsel may result in a recommendation that the case be dismissed as to that Plaintiff[,]" *id.*, no such notice had been filed as of August 15, 2005.  On that date, the Court entered an order directing the entity to show cause within eleven (11) days "why it should not be recommended its claims be dismissed for failure to obtain new counsel."  Order (Doc. #39; Show Cause Order) at 2.  The day after the Show Cause Order entered, the Notice of Appearance (Doc. #40; Notice) was filed, wherein an appearance was entered "on behalf of Plaintiff, Brjanskgiples L.L.C."  Notice at 1.

In view of the Notice and Response, that portion of the Motion (Doc. #34) previously taken under advisement is hereby **GRANTED** and the Show Cause Order (Doc. #39) **DISCHARGED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of August, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
     and *pro se* parties, if any